UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KE'SHAWN BOONE,

Plaintiff,

v.

Case No. 26-cv-11301
Hon. Matthew F. Leitman

HILL, *et al.*,

Defendants.

______________________________________________________/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 29); (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO DISMISS (ECF No. 20); (3) DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF No. 15); AND (4) DENYING PLAINTIFF'S MOTION TO SUPPLEMENT (ECF No. 26)**

Plaintiff Ke'Shawn Boone is a state prisoner currently in the custody of the Michigan Department of Corrections. In this action, Boone brings claims against the Defendants under 42 U.S.C. § 1983 for retaliation, violation of equal protection rights, excessive force, deliberate indifference, violation of the Americans with Disabilities Act, and state law. (*See* Compl., ECF No. 1.)

Now pending before the Court are (1) Defendants' motion for summary judgment and to dismiss (ECF No. 20); (2) Boone's motion for a preliminary injunction (ECF No. 15); and (3) Boone's motion to supplement (ECF No. 26.) The motions were referred to the assigned Magistrate Judge. On October 15, 2026, the

Magistrate Judge issued a report and recommendation in which she recommended that the Court grant in part and deny in part Defendants' motion and deny Boone's motions (the "R&R"). (*See* R&R, ECF No. 29.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wished to file an objection to her recommendations, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.263-264.)

Neither party has filed an objection to the R&R. Nor has either party contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because the parties have failed to file any objections to the R&R**,** **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation disposition of the pending motions is **ADOPTED**. Defendants' motion is **GRANTED IN PART AND DENIED IN PART** as follows: Boone may proceed

on Boone's First Amendment retaliation, excessive force, deliberate indifference, and Michigan Elliot-Larsen Civil Rights Act claims against the Defendants as described in the R&R. Boone's remaining claims are **DISMISSED**. Finally, Boone's pending motions are **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126